Steven Carlson (CA Bar No. 206451)
Elvira Belle Borovik (Cal. Bar No. 338821)
Robins Kaplan LLP
555 Twin Dolphins Drive
Suite 310
Redwood City CA 94065
Telephone: (650) 784-4040
Fax: (650) 784-4041

Attorneys for Plaintiff Fizz Social Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIZZ SOCIAL CORP.,<br><br>            Plaintiff,<br><br>     vs.<br><br>MAPLEBEAR, INC., d/b/a/ INSTACART; PARTIFUL CO., and DOES 1-20, inclusive,<br><br>            Defendants. | Case No. 3:25-cv-3995<br><br>PLAINTIFF FIZZ SOCIAL CORP.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff FIZZ SOCIAL CORP. ("Fizz" or "Plaintiff") submits the following corporate disclosure statement:

Plaintiff has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Plaintiff will promptly supplement this disclosure upon any change in the above-stated information.

Respectfully submitted,

Dated: May 7, 2025                ROBINS KAPLAN LLP

                            */s/ Steven Carlson*
                       By: ─────────────────────
                            Steven Carlson
                            Elvira Belle Borovik

                       Attorneys for Plaintiff Fizz Social Corp.

-1-