1  Steven Carlson (CA Bar No. 206451)
   Elvira Belle Borovik (CA Bar No. 338821)
2  Li Zhu (CA Bar No. 302210)
   Robins Kaplan LLP
3  555 Twin Dolphins Drive
   Suite 310
4  Redwood City CA 94065
   Telephone: (650) 784-4040
5  Fax: (650) 784-4041

6  Attorneys for Plaintiff Fizz Social Corp.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | FIZZ SOCIAL CORP.,                              | Case No. 3:25-cv-03995-CRB
12 |         Plaintiff,                              | **JOINT STIPULATION AND [PROPOSED] ORDER VACATING DEADLINES AND TAKING MOTIONS OFF CALENDAR FOLLOWING NOTICE OF SETTLEMENT**
13 |     vs.                                         |
14 | MAPLEBEAR, INC., d/b/a/ INSTACART;              |
   | PARTIFUL CO., and DOES 1-20, inclusive,         | Courtroom:   6, 17th Floor
15 |         Defendants.                             | Judge:       Hon. Charles R. Breyer

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:25-cv-03995-CRB    JOINT STIPULATION TO VACATE ALL DEADLINES PENDING A SETTLEMENT

1  Pursuant to Civil Local Rule 6-1(a), Plaintiff Fizz Social Corp., ("Plaintiff") and
2  Defendants Maplebear, Inc., d/b/a Instacart ("Instacart") and Partiful, Co. ("Partiful")
3  (collectively "the Parties") hereby agree and jointly stipulate as follows:
4  **WHEREAS**, on August 7, 2025, Plaintiff filed the First Amended Complaint (ECF 67);
5  **WHEREAS**, on September 4, 2025, Defendant Instacart and Defendant Partiful
6  respectively filed two Motions to Dismiss the First Amended Complaint (the "Motions") in the
7  above-captioned case (ECF 71 & 72);
8  **WHEREAS**, on September 17, the parties filed a Joint Motion to Extend Time for
9  Motion to Dismiss Responses and Replies and to Continue the Hearing Date ("September 17
10 Motion") (ECF 73);
11 **WHEREAS**, on September 18, 2025, the Court granted the Parties' September 17
12 Motion, extending Plaintiff's deadline to oppose Defendants' Motions to October 29, 2025, and
13 Defendants' reply deadline to November 12, 2025 (ECF 74);
14 **WHEREAS**, on October 29, 2025, the Parties have reached a settlement in principle and
15 are finalizing a written agreement;
16 **WHEREAS**, the Parties respectfully request that the Court vacate all currently scheduled
17 hearing dates and deadlines, including Plaintiff's October 29, 2025 deadline to file a
18 response to the Motions;
19
20 **NOW, THEREFORE**, in light of the settlement, the parties jointly notify the Court and
21 stipulate that:
22 (a) all currently scheduled hearing dates and deadlines are vacated;
23 (b) the pending motions to dismiss are taken off calendar as moot;
24 (c) Plaintiff is relieved of any obligation to file an opposition to the Motions
25 on October 29, 2025; and
26 (d) the Parties will file a stipulation of dismissal under Fed. R. Civ. P.
27 41(a)(1)(A)(ii) no later than December 3, 2025 (35 days from today), or, if
28

-1-

dismissal papers are not yet on file, a short joint status report on that date.

//

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 30, 2025   **ROBINS KAPLAN LLP**

By: __/s/ Steven Carlson__
    Steven Carlson
    Elvira Belle Borovik
    Li Zhu

Attorneys for Plaintiff
FIZZ SOCIAL CORP.

Dated: OCTOBER 30, 2025   **KEKER, VAN NEST & PETERS LLP**

By: __/s/ David Silbert__
    David Silbert
    Sharif E. Jacob
    Taylor Reeves
    Natalie R. Heim
    Eleanor F. Brock
    Raisa M. Cramer

Attorneys for Defendant
MAPLEBEAR, INC.

Dated: October 30, 2025   **KWUN BHANSALI LAZARUS LLP**

By: __/s/ Kate E. Lazarus__
    Asim M. Bhansali
    Kate E. Lazarus
    Amy Le

Attorneys for Defendant
PARTIFUL CO.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: October 30, 2025

By: /s/ Steven C. Carlson
STEVEN C. CARLSON

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation, and good cause appearing, the Court orders the following:

1. All currently scheduled hearing dates and deadlines in this action are VACATED.
2. Defendants' Motions (ECF Nos. 71 & 72) are TAKEN OFF CALENDAR as moot in light of the Parties' settlement in principle.
3. Plaintiff is relieved of any obligation to file an opposition to the Motions on October 29, 2025; the prior extension order is superseded to that extent.
4. The Parties will file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) no later than December 3, 2025, or, if dismissal papers are not yet on file by that date, a short joint status report.

**IT IS SO ORDERED.**

Dated: October 3, 2025

_____
HONORABLE CHARLES R. BREYER
Judge of the United States District Court