| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>DAVID SILBERT - # 173128<br>dsilbert@keker.com<br>SHARIF E. JACOB - # 257546<br>sjacob@keker.com<br>TAYLOR REEVES - # 319729<br>treeves@keker.com<br>ELEANOR F. BROCK - # 346681<br>ebrock@keker.com<br>RAISA M. CRAMER - # 342390<br>craisa@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188<br><br>Attorneys for Defendants<br>MAPLEBEAR, INC. d/b/a INSTACART | KWUN BHANSALI LAZARUS LLP<br>ASIM M. BHANSALI - # 194925<br>abhansali@kblfirm.com<br>KATE E. LAZARUS - # 268242<br>klazarus@kblfirm.com<br>AMY LE - # 341925<br>ale@kblfirm.com<br>555 Montgomery St., Suite 750<br>San Francisco, CA 94111<br>Telephone:     415 630 2350<br><br>Attorneys for Defendant PARTIFUL CO. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIZZ SOCIAL CORP.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAPLEBEAR, INC. d/b/a INSTACART;<br>PARTIFUL CO.; and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No. 3:25-cv-3995-CRB<br><br>**JOINT STATUS REPORT**<br><br>Courtroom: 6, 17th Floor<br>Judge:　　　Hon. Charles R. Breyer<br><br>Date Filed: May 7, 2025<br><br>Trial Date: Not Yet Set |

Pursuant to the Joint Stipulation and Order Vacating Deadlines and Taking Motions Off Calendar Following Notice of Settlement (ECF No. 76), Plaintiff Fizz Social Corp. ("Plaintiff") and Defendants Maplebear, Inc., d/b/a Instacart ("Instacart") and Partiful Co. ("Partiful") (collectively "the Parties") hereby submit a Joint Status Report.

The Parties have entered into a binding Term Sheet and are currently reducing it to a long form agreement. Per the terms of the binding Term Sheet, Plaintiff will file a stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) no later than December 8, 2025.

Dated: December 3, 2025　　　　　　　　　　　KEKER, VAN NEST & PETERS LLP

By: */s/ David Silbert*
DAVID SILBERT
SHARIF E. JACOB
TAYLOR REEVES
ELEANOR F. BROCK
RAISA M. CRAMER

Attorneys for Defendants
MAPLEBEAR, INC. d/b/a INSTACART

Dated: December 3, 2025　　　　　　　　　　　KWUN BHANSALI LAZARUS LLP

By: */s/ Kate E. Lazarus*
ASIM M. BHANSALI
KATE E. LAZARUS
AMY LE

Attorneys for Defendant
*PARTIFUL CO.*

Dated: December 3, 2025　　　　　　　　　　　ROBINS KAPLAN LLP

By: */s/ Elvira Belle Borovik*
STEVE CARLSON
ELVIRA BELLE BOROVIK
LI ZHU

Attorneys for Plaintiff
FIZZ SOCIAL CORP.

**CIVIL LOCAL RULE 5.1 ATTESTATION**

Pursuant to Local Rule 5–1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories to this stipulation.

Dated: December 3, 2025

/s/ David Silbert
DAVID SILBERT