Steven Carlson (CA Bar No. 206451)
Li Zhu (CA Bar No. 302210)
Elvira Belle Borovik (CA Bar No. 338821)
Robins Kaplan LLP
555 Twin Dolphins Drive, Suite 310
Redwood City CA 94065
Telephone: (650) 784-4040
Fax: (650) 784-4041

Attorneys for Plaintiff Fizz Social Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIZZ SOCIAL CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MAPLEBEAR INC. d/b/a INSTACART; PARTIFUL CO.; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:25-cv-3995-CRB<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Courtroom:  6, 17th Floor<br>Judge:        Hon. Charles R. Breyer<br><br>Date Filed:  May 7, 2025 |

IT IS HEREBY STIPULATED by and between Plaintiff Fizz Social Corp., and Defendants Maplebear Inc. d/b/a Instacart, and Partiful Co., by and through their counsel of record that the above-captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED THAT each party shall bear its own attorneys' fees, expenses and costs in connection with the action.

| | |
|---|---|
| Dated: December 8, 2025 | KEKER, VAN NEST & PETERS LLP |
| | By: /s/ David J. Silbert |
| | DAVID J. SILBERT |
| | SHARIF E. JACOB |
| | TAYLOR REEVES |
| | NATALIE R. HEIM |
| | ELEANOR F. BROCK |
| | RAISA M. CRAMER |
| | |
| | Attorneys for Defendant |
| | MAPLEBEAR INC. |
| | |
| Dated: December 8, 2025 | KWUN BHANSALI LAZARUS LLP |
| | By: /s/ Kate E. Lazarus |
| | KATE E. LAZARUS |
| | ASIM M. BHANSALI |
| | AMY LE |
| | |
| | Attorneys for Defendant |
| | PARTIFUL CO. |
| | |
| Dated: December 8, 2025 | ROBINS KAPLAN LLP |
| | By: /s/ Steven C. Carlson |
| | STEVE CARLSON |
| | ELVIRA BELLE BOROVIK |
| | LI ZHU |
| | |
| | Attorneys for Plaintiff |
| | FIZZ SOCIAL CORP. |

# **ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), the filer attests that the above signatories concur in the contents of this document and have authorized its filing.

Dated: December 8, 2025                              AUTHOROFFICEORGANIZATIONNAME

                                            By:   */s/ Elvira Belle Borovik*
                                                  ELVIRA BELLE BOROVIK