Steven Carlson (CA Bar No. 206451)
Li Zhu (CA Bar No. 302210)
Elvira Belle Borovik (CA Bar No. 338821)
Robins Kaplan LLP
555 Twin Dolphins Drive, Suite 310
Redwood City CA 94065
Telephone: (650) 784-4040
Fax: (650) 784-4041

Attorneys for Plaintiff Fizz Social Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIZZ SOCIAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> MAPLEBEAR INC. d/b/a INSTACART; PARTIFUL CO.; and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 3:25-cv-3995-CRB <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** <br><br> Courtroom: 6, 17th Floor <br> Judge:     Hon. Charles R. Breyer <br><br> Date Filed:  May 7, 2025 |

  IT IS HEREBY STIPULATED by and between Plaintiff Fizz Social Corp., and Defendants Maplebear Inc. d/b/a Instacart, and Partiful Co., by and through their counsel of record that the above-captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

  IT IS FURTHER STIPULATED THAT each party shall bear its own attorneys' fees, expenses and costs in connection with the action.

Dated: December 8, 2025      KEKER, VAN NEST & PETERS LLP

By: /s/ David J. Silbert
DAVID J. SILBERT
SHARIF E. JACOB
TAYLOR REEVES
NATALIE R. HEIM
ELEANOR F. BROCK
RAISA M. CRAMER

Attorneys for Defendant
MAPLEBEAR INC.

Dated: December 8, 2025      KWUN BHANSALI LAZARUS LLP

By: /s/ Kate E. Lazarus
KATE E. LAZARUS
ASIM M. BHANSALI
AMY LE

Attorneys for Defendant
PARTIFUL CO.

Dated: December 8, 2025      ROBINS KAPLAN LLP

By: /s/ Steven C. Carlson
STEVE CARLSON
ELVIRA BELLE BOROVIK
LI ZHU

Attorneys for Plaintiff
FIZZ SOCIAL CORP.

Date: December 9, 2025

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA